UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
Electronically Filed

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, § § § *Plaintiff* § v. § § COMMONWEALTH SECURITY, INC., § § LOUISVILLE METRO HOUSING § AUTHORITY, § § PRINCETON INSURANCE COMPANY, § § *Defendants* § § § § | Cause No. 3:12-CV-00492-CRS MOTION FOR ADMISSION *PRO HAC VICE* |

Comes the Plaintiff, Evanston Insurance Company, by counsel, and hereby moves this Court for the admission *pro hac vice* of Tatum H. Lytle as co-counsel for Evanston Insurance Company for all purposes in this case. Ms. Lytle is a member in good standing of the bar of the State of Illinois and agrees to be subject to the jurisdiction and Rules of this Court and the Rules of the Kentucky Supreme Court governing professional conduct. A proposed Order admitting Ms. Lytle is being filed along with this motion as well as a supporting Affidavit.

                                        Respectfully Submitted,
                                        __/s/___Patrick W. Gault_____
                                        Patrick W. Gault
                                        pgault@napiergaultlaw.com
                                        Napier Gault, PLC
                                        730 W. Main Street, Ste. 400
                                        Louisville, Kentucky 40202
                                        (502) 855-3800 Phone
                                        *Counsel for Evanston Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on the 9th day of January, 2013, I electronically submitted the foregoing document with the clerk of court for the U.S. District Court, Western District of Kentucky, using the ECF system of the court. The electronic case files system sent a "Notice of Electronic Filing" to all counsel of record who have consented in writing to accept this Notice as service of this document by electronic means. Any other counsel of record will be served by facsimile transmission, e-mail, and/or first class mail.

　　　　　　　　　　　　　　　　/s/    Patrick W. Gault