UNITED STATES DISTRICT COURT
DISTRICT OF KENTUCKY
LOUISVILLE DIVISION
Electronically Filed

| | |
|---|---|
| EVANSTON INSURANCE COMPANY, § § § *Plaintiff* § v. § **Cause No. 3:12-CV-00492-CRS** § COMMONWEALTH SECURITY, INC., § § LOUISVILLE METRO HOUSING § AUTHORITY, § **ORDER ADMITTING TATUM H.** § **LYTLE *PRO HAC VICE*** PRINCETON INSURANCE COMPANY, § § *Defendants* | |

This matter is before the Court on motion of Plaintiff Evanston Insurance Company to admit Tatum H. Lytle to practice before this Court *pro hac vice* in this action. The Court being sufficiently advised that Ms. Lytle is a member in good standing of the Bar of Illinois, and has agreed to subject herself to the jurisdiction and rules of the Kentucky Supreme Court, hereby grants said Motion.

IT IS HEREBY ORDERED that Tatum H. Lytle is hereby admitted to practice before this Court *pro hac vice* in this action as co-counsel for the Plaintiff, Evanston Insurance Company.